**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMAN AGUILAR, | Case No.: 1:21-cv-0015 JLT |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |
| v. | (Doc. 15) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On October 19, 2021, Plaintiff filed a stipulation of the parties for Plaintiff to have an extension of 65 days to file a motion for summary judgment. (Doc. 15.) Plaintiff's counsel reports the extension is necessary due to an increased workload, including "a greater than usual number of merit briefs due in November and December 2021." (*Id.* at 2.) Notably, this is the first request for an extension and it does not appear either party will suffer prejudice from the delay. Accordingly, the Court **ORDERS**:

1. The extension of time (Doc. 15) is **GRANTED**; and
2. Plaintiff **SHALL** file a motion for summary judgment no later than **January 5, 2022**.

IT IS SO ORDERED.

Dated:   **October 21, 2021**          **_/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE