# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAN AGUILAR,<br>    Plaintiff,<br>vs.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>    Defendant. | Case No. 1:21-cv-00015<br><br>ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME<br><br>(Doc. 24) |

Based upon Plaintiff's motion for an extension of time (Doc. 24), which is unopposed (*see id*. at 2), and for good cause shown, it is ORDERED that that Plaintiff shall have an extension of time, from March 7, 2022, to May 6, 2022, for Plaintiff to serve on defendant with his Motion for Summary Judgment. All other dates in the Court's Scheduling Order (Doc. 13) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **March 11, 2022**          /s/ *Sheila K. Oberto*          
                                    UNITED STATES MAGISTRATE JUDGE